# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| GERMANIA AMPARO, | )           22-mj-5089-JGD |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 13, 2021__ in the county of __Essex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC §§ 841(a)(1) & (b)(1)(B)(vi) | Possession with Intent to Distribute and Distribution of 40 Grams or More of Fentanyl |

This criminal complaint is based on these facts:

See attached affidavit of DEA Task Force Officer Douglas Ruth

☑ Continued on the attached sheet.

*Douglas Ruth*
*Complainant's signature*

Douglas Ruth, TFO, DEA
*Printed name and title*

Sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1

Date: **Feb 22, 2022**

*Judith Gail Dein*
*Judge's signature*

City and state:  Boston, MA

Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*